# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| | (For Revocation of Probation or Supervised Release) |
| V. | CASE NUMBER: 3:02-cr-93-J-34HTS<br>USM NUMBER: 29846-018 |
| SAMMIE LEE WILSON<br>(cja) | Defendant's Attorney: Noel Lawrence, Esquire |

## THE DEFENDANT:

__X__ admitted guilt to violation of charge number __Two__ of the term of supervision.

__ was found in violation of charge number(s)__ after denial of guilt.

| **Violation Charge Number** | **Nature of Violation** | **Violation Ended** |
|---|---|---|
| Two | New criminal conduct, trafficking in Cocaine, Possession with Intent to Sell Cocaine, occurring while on supervision | April 2007 |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

__ The defendant has not violated charge number(s)__ and is discharged as to such violation charge(s).

__X__ Violation Charge Numbers One and Three are withdrawn by the Government.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Date of Imposition of Sentence: June 23, 2009

MARCIA MORALES HOWARD
UNITED STATES DISTRICT JUDGE
DATE: June 24, 2009

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: **TWENTY-FOUR (24) MONTHS, to run concurrently with the term of imprisonment imposed in Case No. 3:07-cr-132-J-34HTS, United States District Court, Middle District of Florida.**

__X__ The Court makes the following recommendations to the Bureau of Prisons:

- **Incarceration at Jesup, GA.**
- **Defendant participate in the 500 hour intensive, residential substance abuse treatment program.**
- **Defendant enroll in any educational and vocational programs as are available.**

__X__ The defendant is remanded to the custody of the United States Marshal.

____ The defendant shall surrender to the United States Marshal for this district:

    ____ at _____ a.m. p.m. on _____.

    ____ as notified by the United States Marshal.

____ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ____ before 2 p.m. on _____.

    ____ as notified by the United States Marshal.

    ____ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at _____ with a certified copy of this judgment.

                                       UNITED STATES MARSHAL

By                           DEPUTY UNITED STATES MARSHAL